ROBERT CALLAHAN et al., Appellants, v HUGH L. CAREY et al., Defendants, and EDWARD I. KOCH et al., Respondents.

LOUISE F. ELDREDGE et al., Appellants, v EDWARD I. KOCH et al., Respondents.

Submitted December 22, 2008; decided January 13, 2009

Motion for leave to waive the filing fee required by section 500.3 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.3) granted.

In the Matter of CITY OF NEW YORK, Appellant, Relative to the Melrose Commons Urban Renewal Area, Phase II. KAISER WOODCRAFT CORP., Respondent.

Submitted December 1, 2008; decided January 13, 2009

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 11 NY3d 353 (2008)].

GEORGE EREMEYEV et al., Appellants, v MANHATTAN EYE, EAR & THROAT HOSPITAL, et al., Respondents.

Submitted November 17, 2008; decided January 13, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.